AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAMES C. AKRIDGE
6927 Malachite Place
Capitol Heights, MD  20743

    Plaintiff

    V.

GALLAUDET UNIVERSITY
800 Florida Avenue, N.E.
Washington, DC 20002-3695

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00346

JUDGE: Ricardo M. Urbina

DECK TYPE: Employment Discrimination

DATE STAMP: 02/27/2006

TO: (Name and address of Defendant)

SERVE Dr. I. King Jordan, Pres.
Gallaudet University
800 Florida Avenue, N.E.
Washington, DC 2002-3695

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C.S. Hardnett, Esq.
1111 Bonifant Street
Silver Spring, MD  20910

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

FEB 27 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: 6/13/06 at 1:30 pm |
| NAME OF SERVER (PRINT) Tom Chedester | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Gallaudet University by serving Michelle Dunston Assist. to President authorized to accept service, 800 Florida Ave NE, Washington DC.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/13/06
             Date

Signature of Server: Tom Chedester

Address of Server:
PPS, INC.
P.O. BOX 407
ROCKVILLE, MD 20848
301-570-0770

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.