IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES C. AKRIDGE                              :
6927 Malachite Place                          :
Capitol Heights, Maryland 20743               :
                                              :
    Plaintiff,                               :
                                              :
v.                                            :   Case No. 1:06CV00346
                                              :   Judge: Ricardo M. Urbina
GALLAUDET UNIVERISTY                          :
800 Florida Avenue, N.E.                      :
Washington, D.C. 20002                        :
                                              :
    Defendant.                               :

## MOTION FOR AN EXTENTION OF TIME TO FILE RESPONSIVE PLEADINGS

COMES NOW defendant, Gallaudet University, by and through counsel, Bonner, Kiernan, Trebach & Crociata, and hereby moves this Honorable Court for an Extension of Time to file its responsive pleadings. In support thereof, Defendant refers this Honorable Court to its Statement of Points and Authorities as attached hereto.

Dated this 18th day of July, 2006          Respectfully submitted,

                                             GALLAUDET UNIVERSITY
                                             By Counsel

                                             BONNER KIERNAN TREBACH & CROCIATA

                                             _____
                                             Christopher E. Hassell, #291641
                                             Heather S. Deane, #471834
                                             1223 20th Street, NW, Suite 800
                                             Washington, DC 20036
                                             (202) 712-7000
                                             (202-712-7100 facsimile

70960-1

72156-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES C. AKRIDGE                              :
6927 Malachite Place                          :
Capitol Heights, Maryland 20743               :
                                              :
    Plaintiff,                             :
                                              :
v.                                            :   Case No. 1:06CV00346
                                              :   Judge: Ricardo M. Urbina
GALLAUDET UNIVERISTY                          :
800 Florida Avenue, N.E.                      :
Washington, D.C. 20002                        :
                                              :
    Defendant.                             :

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR AN EXTENTION OF TIME TO FILE RESPONSIVE PLEADINGS

COMES NOW defendant, Gallaudet University, by and through counsel, Bonner, Kiernan, Trebach & Crociata, and hereby states the following in support of its Motion for Extension of Time to File Responsive Pleadings:

1. This is an employment discrimination case brought by Defendant James Akridge against his employer, Gallaudet University.

2. Defendant was served on June 16, 2006 and, therefore, a responsive pleading is was due on July 6, 2006.

3. Upon receipt of the Third Party Summons and Complaint, Defendant forwarded the matter to its insurance carrier.

4. The undersigned was engaged to represent Defendant late in the afternoon of Friday, July 14, 2006.

70960-1

72156-1

5.  Due to the need to conduct a preliminary investigation of Plaintiff's claims and the press of other litigation, counsel was unable to file a responsive pleading on the same date that it received the Complaint.

6.  Counsel for Defendant attempted to conferred with counsel for Plaintiff and attempted to obtain her consent to this Motion. Counsel for Plaintiff would not consent to the Motion.

7.  No prejudice will accrue to the Plaintiff if Defendant's Motion for an Extension of Time to File Responsive Pleadings is granted as Defendant's Answer is being filed contemporaneous with this Motion.

8.  Defendant intends to vigorously defendant against the allegations made by Plaintiff and represents that it has a meritorious defense to these claims.

Dated this 18th day of July, 2006

Respectfully submitted,

GALLAUDET UNIVERSITY
By Counsel

BONNER KIERNAN TREBACH & CROCIATA

_____
Christopher E. Hassell, #291641
Heather S. Deane, #471834
1223 20th Street, NW, Suite 800
Washington, DC  20036
(202) 712-7000
(202-712-7100 facsimile

70960-1

72156-1


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion for an Extension of Time to File Responsive Pleadings was mailed first-class, postage prepaid, this 18th day of July, 2006 to:

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1111 Bonifant Street
Silver Spring, MD  20910

_____
Heather S. Deane

70960-1

72156-1