IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES C. AKRIDGE                           :

    Plaintiff,                               :

v.                                          :      Case No. 1:06CV00346
                                                   Judge: Ricardo M. Urbina
GALLAUDET UNIVERISTY                        :

    Defendant.                              :

## ANSWER

Comes now defendant, Gallaudet University, by and through counsel, Bonner, Kiernan, Trebach & Crociata, and submits its Answer to the Complaint.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

## SECOND DEFENSE

Responding to the specifically enumerated paragraphs of the Complaint, defendant states:

1. The allegations in this paragraph do not require a response from this Defendant as they contain no allegations. In the event that a response is deemed appropriate, Defendant denies the allegations contained in Paragraph 1 of the Complaint.

2. Defendant states that the nature of the proceedings speak for themselves and defendant denies all of the allegations contained in Paragraph 2 of the Complaint.

3. Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 3 of the Complaint and therefore denies same.

4. Admitted.

70960-1

72156-1

5.      Defendant states that Paragraph 5 is jurisdictional in nature and requires no response from this Defendant. In the event that a response is deemed appropriate, Defendant denies the allegations contained in Paragraph 5 of the Complaint.

6.      Defendant states that Paragraph 6 is jurisdictional in nature and requires no response from this Defendant. In the event that a response is deemed appropriate, Defendant denies the allegations contained in Paragraph 6 of the Complaint.

7.      Defendant admits that plaintiff filed a charge of discrimination with the EEOC, but denies that it was timely, denies that this suit is timely, and denies that plaintiff has exhausted his administrative remedies.

8.      Defendant is without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations of the paragraph contained in Paragraph 8 of the Complaint.

9.      Denied.

10.     Denied.

11.     Denied.

12.     Denied.

13.     Denied.

14.     Denied.

15.     Denied.

16.     Defendant incorporates by reference its responses to the allegations in paragraphs 1 through 15 of the Complaint.

17.     Denied.

18.     Denied.

70960-1

72156-1

19.  Denied. ????

20.  Denied.

21.  Defendant admits that Plaintiff has filed complaints against the Defendant in the past. Defendant denies the remainder of the allegations contained in Paragraph 21 of the Complaint.

22.  Denied.

23.  Denied. Defendant demands strict proof of all damages claimed.

24.  Defendant incorporates by reference its responses to the allegations in paragraphs 1 through 24 of the Complaint.

25.  Defendant admits that Plaintiff is hearing impaired. Defendant denies the remainder of the allegations as contained in Paragraph 25 of the Complaint.

26.  Admitted.

27.  Denied.

28.  Defendant admits that it was aware that Plaintiff was hearing impaired. Defendant denies the remainder of the allegations contained in Paragraph 28 of the Complaint.

29.  Defendant admits that Plaintiff is qualified to hold his current position. Defendant denies the remainder of the allegations contained in Paragraph 29 of the Complaint.

30.  Denied.

31.  Denied.

### THIRD DEFENSE

Defendant denies all allegations in the Complaint to which it has not heretofore responded.

70960-1

72156-1

## FOURTH DEFENSE

Plaintiff has failed to exhaust his administrative remedies.

## FIFTH DEFENSE

Plaintiff has failed to comply with the time requirements for filing suit as set forth in the various civil rights statutes invoked.

## SIX DEFENSE

Plaintiff claims are barred by the applicable statutes of limitations or laches.

## SEVENTH DEFENSE

Plaintiff has failed to mitigate his damages.

## EIGHTH DEFENSE

All actions taken by or on behalf of this defendant were taken for a legitimate, non-discriminatory purposes.

## NINTH DEFENSE

Plaintiff is not a member of the protected classes of the civil rights statute s invoked.

WHEREFORE, having fully answered, defendant, by and through its counsel, respectfully requests that the Complaint be dismissed with prejudice and that it be awarded its costs of this action plus whatever further relief this Court may deem just and proper.

70960-1

72156-1

| | |
|---|---|
| Dated this 18th day of July, 2006 | Respectfully submitted, |

GALLAUDET UNIVERSITY
By Counsel

BONNER KIERNAN TREBACH & CROCIATA

*/s/ H. Deane*

Christopher E. Hassell, #291641
Heather S. Deane, #471834
1223 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000

70960-1

72156-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Answer was mailed first-class, postage prepaid, this 18th day of July, 2006 to:

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1111 Bonifant Street
Silver Spring, MD 20910

_____
Heather S. Deane

70960-1

72156-1