IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES C. AKRIDGE** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. 1:06CV00346 |
| | | Judge: Ricardo M. Urbina |
| **GALLAUDET UNIVERISTY** | : | |
| **Defendant.** | : | |

### REPORT AND JOINT DISCOVERY PLAN OF THE PARTIES PURSUANT TO RULE 26(f) AND LOCAL RULE 16.3

Plaintiff, James Akridge, and Defendant, Gallaudet University, by their counsel, respectfully submit this Report to the Court addressing pretrial issues and stating their proposal for a Discovery Plan in this action, pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.3.

1. <u>Rule 26(f) Conference of Counsel:</u>  Sukari Hardnett, Esq., on behalf of James Akridge, and Heather S. Deane, Esq., on behalf of Gallaudet University, conferred on August 17, 2006, for purposes of complying with the requirements of Federal Rule 26(f) and Local Rule 16.3.

2. <u>Report and Plan Filing Date:</u>  The filing date of the parties' Report and Joint Discovery Plan is August 17, 2006.

3. <u>Initial Pretrial Conference:</u>  The Initial Pretrial Conference for this case is currently scheduled for October 30, 2006 at 10:00 a.m.  Plaintiff's counsel has a scheduling conflict on this date.  Counsel have discussed alternate dates and would like to reschedule it for November 14, 2006.  A motion requesting this change will be filed forthwith.

4.  <u>Claims and Defenses:</u> As provided in Rule 26(f), counsel have considered the nature and bases of their respective claims and defenses.

5.  <u>Settlement:</u> As provided in Rule 26(f), counsel have considered the possibilities for a prompt settlement or resolution of the case. At this time, both parties believe that they do not have enough information to meaningfully pursue settlement. Both parties, however, remain open to settlement possibilities and will consider settlement discussions after an initial exchange of information is made in discovery.

6.  <u>Trial by Magistrate:</u> The parties do not, at this time, consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7.  <u>Discovery Plan:</u> The parties do not request any alterations in the limits on discovery under the federal and local rules (except as set forth below), nor do they foresee any need to proceed in phases or to limit or focus discovery on certain issues. The parties propose the following discovery schedule:

(a)  <u>Initial Disclosures Under 26(a)(1):</u> The parties agree to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by October 1, 2006.

(b)  <u>Amendments:</u> Motions to join other parties or to amend the pleadings shall be filed by October 15, 2006.

(c)  <u>Plaintiffs' Disclosures Under 26(a)(2):</u> Disclosure of the Plaintiffs' expert witnesses and expert reports shall be completed by Friday, January 12, 2007.

(d)  <u>Defendants' Disclosures Under 26(a)(2):</u> Disclosure of the Defendants' expert witnesses and expert reports (both as rebuttal in response to Plaintiffs' experts, as well as experts initiated by the Defendants) shall be completed by Monday, February 26, 2007.

(e)     <u>Rebuttal Disclosures Under 26(a)(2):</u>  Disclosure of Plaintiffs' rebuttal expert witnesses and reports shall be completed by Tuesday, March 13, 2007.

(f)     <u>Discovery Completion:</u>  All fact and expert discovery shall be completed by 30 days prior to pretrial conference.  The parties agree that to limit depositions are limited to 5 per party and limit written discovery to 25 interrogatories, 25 requests for admissions, and 25 requests for production of documents.

(g)     <u>Final Pretrial Conference:</u>  The Final Pretrial Conference shall be held on on a date to be scheduled by this Court.

(h)     <u>Disclosures Under 26(a)(3):</u>  At the Final Pretrial Conference, the parties shall make their Rule 26(a)(3) Disclosures, as provided in the Initial Pretrial Conference Order.

8.     <u>Other Issues:</u>  All Motions for summary judgment will be filed at least 30 days prior to the Final Pretrial Conference.  Oppositions to Motions for Summary Judgment will be filed 15 days after the filing of the original motion; any reply will be filed 7 days after the filing of any opposition.

Respectfully submitted,

/s/ Sukari Hardnett
C. Sukari Hardnett, Esquire
HARDNETT AND ASSOCIATES
1111 Bonifant Street
Silver Spring, Maryland 20910
301-587-7001
Counsel for Plaintiff

        /s/ Heather S. Deane
Heather S. Deane, Esq.
BONNER KIERNAN TREBACH & CROCIATA
1250 Eye Street, N.W., 6th Floor
Washington, DC  20005
(202) 712-7000 (phone)
(202) 712-7100 (fax)
Counsel for Defendant Gallaudet University