**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES AKRIDGE** ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 1:06-cv-00346-RMU |
| ) | Judge Ricardo M. Urbina |
| v. ) | |
| ) | |
| **GALLAUDET UNIVERSITY** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION TO CONTINUE**
**THE INITIAL STATUS CONFERENCE**

Plaintiff James Akridge, by and through counsel, C. Sukari Hardnett and the Law Office of C. Sukari Hardnett, files Plaintiff's Consent Motion to Continue The Initial Status Conference, with good cause, as detailed in the accompanying Memorandum in Support of Plaintiff's Consent Motion to Continue The Initial Status Conference.

WHEREFORE, Plaintiff seeks that the Court continue the Initial Status Conference in this case and grant all such just and further relief as the court deems just and proper.

Respectfully submitted,
JAMES AKRIDGE

By: __/S/_____
    Counsel

C. Sukari Hardnett, Esquire
Law Office of C. Sukari Hardnett
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (301) 587-7001

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES AKRIDGE** | ) |
| | ) |
|     Plaintiff, | ) CASE NO.: 1:06-cv-00346-RMU |
| | ) |
| v. | ) |
| | ) |
| **GALLAUDET UNIVERSITY** | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S CONSENT MOTION**
**TO CONTINUE THE INITIAL STATUS CONFERENCE**

Plaintiff James Akridge, by and through counsel, C. Sukari Hardnett and the Law Office of C. Sukari Hardnett, submits the Memorandum in Support of Plaintiff's Consent Motion to Continue The Initial Status Conference and avers:

**I. BACKGROUND**

The initial status conference in this case is scheduled for October 30, 2006, at 10:00am. On that date, Plaintiff's counsel has a motions hearing in the Circuit Court for Baltimore County in a civil action involving multiple parties. That hearing has already previously been rescheduled. Defendant consents to Plaintiff's request to reschedule the initial status conference because of that conflict. The parties request that the court reschedule the initial status conference for any time on November 14, 2006. If that date is not available, and in accordance with the Standing Order for Civil Cases, the parties propose alternate mutually convenient dates, which is anytime on the following days: November 8, 9, 13-17, 2006.

## II. ARGUMENT

A party may request that the Court reschedule the date of a hearing when good cause is present. *See* Standing Order for Civil Cases No. 6. In this action, good cause exists to reschedule the initial status conference because Plaintiff's counsel has a conflict. There have been no prior requests to reschedule any hearing in this action, and no party will be prejudiced by this request. Plaintiff does not seek to reschedule the hearing in bad faith or to delay these proceedings, but rather because of a legitimate conflict. The parties have fully complied with the Federal Rules and the Standing Order for Civil Cases in requesting a new date for the initial status conference in this action. Accordingly, Plaintiff requests that the Court reschedule the initial status conference to November 14, 2006, or any of the other mutually convenient dates designated herein by counsel.

## III. CONCLUSION

Plaintiff seeks that the Court continue the Initial Status Conference in this case and grant all such just and further relief as the court deems just and proper.

 

Respectfully submitted,
JAMES AKRIDGE

By: ___/S/_____
    Counsel

C. Sukari Hardnett, Esquire
Law Office of C. Sukari Hardnett
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (301) 587-7001