# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES AKRIDGE** | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:06-cv-00346-RMU |
| | ) Judge Ricardo M. Urbina |
| v. | ) |
| | ) |
| **GALLAUDET UNIVERSITY** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Having fully considered Plaintiff's Consent Motion to Continue The Initial Status Conference and good cause shown it is this _____ day of _____, 2006,

ORDERED that Plaintiff's Consent Motion to Continue The Initial Status Conference is GRANTED; and it is further ORDERED that the Initial Status Conference in this action is rescheduled to _____, 2006.

_____
JUDGE RICARDO M. URBINA