IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES C. AKRIDGE, :
:
    Plaintiff, :
:
v. : Case No. 1:06CV00346
: Judge: Ricardo M. Urbina
GALLAUDET UNIVERISTY, :
:
    Defendant. :

### DEFENDANT'S INITIAL 26(a)(1) DISCLOSURES

COME NOW, Defendant, Gallaudet University, and as directed under Rule 26(a)(1) hereby provide Plaintiff with its initial disclosures:

(A) **The Identity of Parties That Defendants May Use to Support Their Claims or Defenses**

Defendants may rely upon the following parties to support their defenses in a trial of this matter:

    (1)    James C. Akridge
              6927 Malachite Place
              Capitol Heights, Maryland 20743
              Plaintiff

    (2)    Deborah Moore
              Gallaudet University
              800 Florida Avenue, N.E.
              Washington, D.C. 20002
              Ms. Moore was on the committee that interviewed Mr. Akridge

    (3)    Edgar Palmer
              Gallaudet University
              800 Florida Avenue, N.E.
              Washington, D.C. 20002
              Mr. Palmer was on the committee that interviewed Mr. Akridge.

70960-1

  (4)  Terry Coye
     Gallaudet University
     800 Florida Avenue, N.E.
     Washington, D.C. 20002
     Mr. Coye was on the committee that interviewed Mr. Akridge.

  (5)  Eileen Matthews
     Gallaudet University
     800 Florida Avenue, N.E.
     Washington, D.C. 20002
     Ms. Matthews was on the committee that interviewed Mr. Akridge.

  (6)  Karen Cook
     Gallaudet University
     800 Florida Avenue, N.E.
     Washington, D.C. 20002
     Ms. Cook was on the committee that interviewed Mr. Akridge

  (7)  Sharrell McCaskill
     Gallaudet University
     800 Florida Avenue, N.E.
     Washington, D.C. 20002
     Ms. McCaskill is the EEO officer at Gallaudet and was present for the hearing before the EEOC

Defendant reserves the right to supplement this response as discovery continues.

(B)  **Documents That the Disclosing Party May Use to Support Its Claims or Defenses**

See enclosed documents GALL 0001 through GALL 0289. Defendant reserves the right to supplement this response as discovery continues.

(C)  **Computation of Any Damages**

Defendant is not making any claim of damages in this case, therefore, it has nothing to disclose in this category. Defendant reserves the right to rebut the damage calculations set forth by Plaintiff and to present evidence and testimony in support of such rebuttal.

70960-1

72156-1

(D) **Any Insurance Agreements Which May Be Liable to Satisfy Part or All of a Judgment**

A copy of the applicable insurance declarations page will be forwarded under separate cover.

October 3, 2006                    **BONNER KIERNAN TREBACH & CROCIATA**

_____
Christopher E. Hassell, #291641
Heather S. Deane, #471834
1223 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
(202-712-7100 facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Defendant's Initial 26(a)(1) Disclosures was faxed and mailed first-class, postage prepaid, this 3rd day of October, 2006 to:

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1111 Bonifant Street
Silver Spring, MD 20910
Facsimile: 301-587-7002

_____
Heather S. Deane

70960-1

72156-1