UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES C. AKRIDGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALLAUDET UNIVERSITY, )<br>)<br>Defendant. )<br>) | Case Number: 1:06CV00346 |

**CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY that on the 26th day of December, 2006, I served on all counsel herein the *Defendant's Interrogatories to Plaintiff and Defendant's Requests for Production of Documents to Plaintiff.* I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

/S/ Heather S. Deane
_____
Christopher E. Hassell
Heather S. Deane
BONNER KIERNAN TREBACH & CROCIATA
1233 20th Street, N.W., 8th Floor
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (facsimile)
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of December, 2006, a true and correct copy of the foregoing *Certificate Regarding Discovery* was served electronically upon:

Sukari Hardnett, Esquire
Hardnett and Associates
1111 Bonifant Street
Silver Spring, Maryland 20910

/S/ Heather S. Deane
_____
Heather S. Deane

85870-1