IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES C. AKRIDGE : | |
| Plaintiff, : | |
| v. : | Case No. 1:06CV00346 |
| : | Judge: Ricardo M. Urbina |
| GALLAUDET UNIVERISTY : | |
| Defendant. : | |

**DEFENDANT GALLAUDET UNIVERSITY'S
MOTION TO COMPEL DISCOVERY AND
<u>EXTEND DEFENDANT'S 26(a)(2)(B) DISCLOSURE DEADLINE</u>**

COMES NOW Defendant, Gallaudet University, (hereinafter "Defendant" or "Gallaudet"), by and through counsel, Bonner Kiernan Trebach & Crociata, and hereby moves this Honorable Court to issue an Order compelling Plaintiff to respond to Defendant's written discovery requests and to amend the Court's scheduling order to allow Defendant's an opportunity to review Plaintiff's discovery responses prior to disclosing its expert witnesses in this case. In support thereof, Defendants rely upon the attached memorandum of points and authorities, incorporated herein by reference.

WHEREFORE, Defendant requests that its Motion be granted, that Plaintiff be compelled to respond to Defendant's written discovery requests, and that Defendant be granted an extension of time within which to file its 26(a)(2)(B) disclosures.

DATED this 20th day of March, 2007.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA**

/s/ Heather S. Deane
_____
Christopher E. Hassell, Esquire
Heather S. Deane, Esquire
1233 20th Street, NW
Suite 800
Washington, D.C. 20036
(202) 712-7000
**Attorney for Defendant Gallaudet University**

## CERTIFICATE PURSUANT TO RULE 12-I

The undersigned counsel for Defendant hereby certifies that she attempted to discuss the issues contained in this Motion with Plaintiff's counsel. Plaintiff's counsel originally agreed to provide her client's discovery responses on or before March 14, 2007, but failed to do so. Counsel for the Defendant also presented Plaintiff with an agreed order setting a new discovery deadline of March 23, 2007 and extending the deadline for Defendant's 26(a)(2) (B) disclosures, but as of the filing of this Motion, Plaintiff has not agreed to endorse said Order.

/S/ Heather S. Deane
_____
Heather S. Deane, Esq.

85917-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Compel Discovery and Extend the Deadline for Defendant's 26(a)(2)(B) Disclosures, along with the accompanying Memorandum of Points and Authorities was mailed, postage prepaid, and served via this Court's electronic system, this 20th day of March, 2007 to:

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1111 Bonifant Street
Silver Spring, MD 20910

/S/ Heather S. Deane
_____
Heather S. Deane

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES C. AKRIDGE : | |
| Plaintiff, : | |
| v. : | Case No. 1:06CV00346 |
| : | Judge: Ricardo M. Urbina |
| GALLAUDET UNIVERISTY : | |
| Defendant. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT GALLAUDET UNIVERSITY'S
MOTION TO COMPEL DISCOVERY AND
EXTEND DEFENDANT'S 26(a)(2)(B) DISCLOSURE DEADLINE**

COMES NOW Defendant, Gallaudet University, (hereinafter "Defendant" or "Gallaudet"), by and through counsel, Bonner Kiernan Trebach & Crociata, and submits the following Memorandum of Points and Authorities in further support of its Motion

Plaintiff, an employee of Gallaudet, alleges he has been discriminated against due to his gender, race, and disability, during the course of his employment with the Defendant. On January 18, 2007[1], Defendant served Plaintiff with Interrogatories and Requests for Production of Documents, copies of which are attached hereto as Exhibit 1. Under Rule 33(b)(3), Plaintiff's responses would have been due on February 19, 2007, although no responses were received on that date. Plaintiff did send correspondence on February 22, 2007, seeking an extension of his deadline for discovery responses until March 14, 2007 and agreeing to an extension of Defendant's 26(a)(2)(B) disclosure deadline. (*See Correspondence from Ms. Hardnett*, February 22, 2007,

---

[1] Defendant initially attempted to serve Plaintiff with discovery on December 20, 2006, but this mailing was returned to Defendant's counsel's office as undeliverable. A second attempt at service on January 18, 2007 was successful.

85917-1

attached hereto as Exhibit 2.) Plaintiff, however, also failed to abide by this extended deadline and, to date, has produced no responses or objections.

Federal Rule of Civil Procedure 37(a)(2)(A) provides that "[i]f a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions." In this instance, Plaintiff has failed to respond in any way to Defendant's discovery requests and an Order compelling his responses is necessary for Defendant to move forward in its litigation of this matter.

In addition, under this Honorable Court's Scheduling Order, Defendant's 26(a)(2)(B) disclosures were due on February 26, 2007. Had Plaintiff complied with Federal Rule of Civil Procedure 33(b)(3) and provided his responses to discovery within thirty days of service, Defendant would have had the opportunity to review these responses prior to its expert witness disclosure deadline. Due to Plaintiff's failure to comply with Rule 33(b)(3), however, Defendant has been denied the opportunity to fully prepare its experts. Consequently, due to the fact that Defendant was prejudiced by Plaintiff's failure to comply with the Rule 33(b)(3) and the fact that such prejudice was due to no fault of the Defendant, Defendant respectfully requests this Honorable Court extend its 26(a)(2)(B) disclosure until a date thirty days after Plaintiff has provided full and complete responses to Defendant's discovery.

WHEREFORE, based upon the foregoing, Defendant respectfully requests that this Court compel Plaintiff to provide full and complete responses to Defendant's previously served discovery requests and extend the deadline for Defendant's 26(a)(2)(B) disclosures to a date thirty days after the receipt of Plaintiff's discovery responses.

85917-1

Respectfully submitted,

**BONNER, KIERNAN, TREBACH &CROCIATA**


/S/ Heather S. Deane
_____
Christopher E. Hassell, #291641
Heather S. Deane, #471834
1233 20th Street, NW
Suite 800
Washington, D.C. 20036
(202) 712-7000
**Attorney for Defendant Gallaudet University**