LAW OFFICE OF
# C. SUKARI HARDNETT
1111 BONIFANT STREET
SILVER SPRING, MARYLAND 20910
s.hardnett@verizon.net
Telephone (301) 587-7001
Facsimile (301) 587-7002

February 22, 2007

Heather S. Deane
BONNER KIERNAN TREBACH & CROCIATA
1233 20TH Street, NW, 8th Floor
Washington, DC 20036

Re:   Akridge v. Gallaudet University
      Case No. 1:06-cv-00346-RMU

Dear Ms. Deane:

    I am in receipt of your letter refusing to allow me additional time to respond to your discovery responses ostensibly because of the deadline for serving your expert disclosures. If the deadline for your expert disclosures is your concern, then I will serve my client's responses on or before March 14, 2007, and will consent to an extension of your expert disclosures for the like period.

    Please let me know whether you still have any objections. If you have any questions or concerns please contact me.

Sincerely yours,

C. Sukari Hardnett, Esq.

DEFENDANT'S EXHIBIT 2