IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES C. AKRIDGE** | : |
| Plaintiff, | : |
| v. | :    Case No. 1:06CV00346 |
| |    Judge: Ricardo M. Urbina |
| **GALLAUDET UNIVERISTY** | : |
| Defendant. | : |

## ORDER

This matter having come before the court upon Defendant Gallaudet University's Motion to Compel Plaintiff's Discovery Responses and Extend Defendant's 26(a)(2)(B) disclosure deadline, the Court having considered this motion, the response thereto and the entire record herein, it is by the court this _____ day of _____ 2007

**ORDERED** that Defendant's Motion be and hereby is GRANTED. It is

**FURTHER ORDERED** that Plaintiff's full and complete responses to Defendant's discovery is due on or before _____, 2007 and Defendant's 26(a)(2)(B) disclosure deadline is extended until _____.

_____
Ricardo M. Urbina

85917-1

Copies to:

Christopher Hassell, Esq.
Heather S. Deane, Esq.
1233 20th Street, N.W.
Suite 800
Washington, D.C.  20036

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1111 Bonifant Street
Silver Spring, Maryland 20910