## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES AKRIDGE** )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**GALLAUDET UNIVERSITY** )<br>)<br>    Defendant. )<br>) | CASE NO. 1:06-CV-00346-RMU-AK |

## ORDER

Having fully considered Defendant Gallaudet University's Motion to Compel Discovery and Extend Defendant's Rule 26(a)(2)(B) Disclosure Deadline, and Plaintiff's opposition thereto, it is this hereby this _____ day of _____, 2007,

Ordered That Defendant Gallaudet University's Motion to Compel Discovery and Extend Defendant's Rule 26(a)(2)(B) Disclosure Deadline is DENIED; and it is further

Ordered that the deadline for the Defendant to serve its Rule 26(a)(2)(B) Disclosures is extended one week from the service of Plaintiff's discovery responses.

RICARDO M. URBINA<br>
UNITED STATES DISTRICT JUDGE