IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES C. AKRIDGE** | : |
|     **Plaintiff,** | : |
| v. | :    Case No. 1:06CV00346 |
| |     Judge: Ricardo M. Urbina |
| **GALLAUDET UNIVERISTY** | : |
|     **Defendant.** | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT GALLAUDET UNIVERSITY'S
REPLY IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY AND
EXTEND DEFENDANT'S 26(a)(2)(B) DISCLOSURE DEADLINE**

COMES NOW Defendant, Gallaudet University, (hereinafter "Defendant" or "Gallaudet"), by and through counsel, Bonner Kiernan Trebach & Crociata, and submits the following Memorandum of Points and Authorities in further support of its Reply to Plaintiff's Opposition to its Motion

As stated in Plaintiff's Opposition, Plaintiff did, in fact, provide Answers to Defendant's Interrogatories on April 8, 2007, more than two weeks after Defendant filed its Motion to Compel. As of the date of the filing of this Reply, however, Defendant has not received any responses to its Requests for Production of Documents nor has the Plaintiff produced any of the documents requested. Consequently, Defendant's Motion to Compel with regard to this discovery remains. Defendant is unable to proceed with its defense of this claim and is unable to adequate determine which, if any, experts will be needed to testify in a trial of this matter. Defendant is also unable to adequately evaluate this case and to fully advise its witnesses as to the claims asserted by the Plaintiff.

WHEREFORE, based upon the foregoing, Defendant respectfully requests that this Court compel Plaintiff to provide full and complete responses to Defendant's previously served discovery requests and extend the deadline for Defendant's 26(a)(2)(B) disclosures to a date thirty days after the receipt of Plaintiff's discovery responses.

Respectfully submitted,

**BONNER, KIERNAN, TREBACH &CROCIATA**

/S/ Heather S. Deane
_____
Christopher E. Hassell, #291641
Heather S. Deane, #471834
1233 20th Street, NW
Suite 800
Washington, D.C. 20036
(202) 712-7000
**Attorney for Defendant Gallaudet University**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Reply in Support of Defendant's Motion to Compel Discovery and Extend the Deadline for Defendant's 26(a)(2)(B) Disclosures, along with the accompanying Memorandum of Points and Authorities was mailed, postage prepaid, and served via this Court's electronic system, this 13th day of April, 2007 to:

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1111 Bonifant Street
Silver Spring, MD 20910

/S/ Heather S. Deane
_____
Heather S. Deane

85917-1