IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES AKRIDGE** ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 1:06-cv-00346-RMU |
| ) | Judge Ricardo M. Urbina |
| v. ) | |
| ) | |
| **GALLAUDET UNIVERSITY** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S SURREPLY TO DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY AND EXTEND DEFENDANT'S 26(B)(4) DISCLOSURE DEADLINE**

Plaintiff James Akridge, by and through counsel, C. Sukari Hardnett and the Law Office of C. Sukari Hardnett, submits Plaintiff's Surreply to Defendant's Reply in Support of its Motion to Compel Discovery and Extend Defendant's 26(B)(4) Disclosure Deadline and avers:

**I. ARGUMENT**

Plaintiff submits this Surreply to apprise the court that Plaintiff has served documents responsive to Defendant's Requests for Production of Documents. In the Meet and Confer Statement submitted to this court, Plaintiff and Defendant agreed to limit discovery to twenty-five interrogatories, admissions and document production requests. Accordingly, Plaintiff has served responsive documents in accordance with this agreement, serving all responsive documents presently in Plaintiff's custody and control.

Defendant's counsel sent a correspondence inquiring whether documents had been served (rendering her motion moot), so that she could withdraw her motion.

Plaintiff has left two separate messages informing the Defendant that responsive documents have been served, yet to date Defendant has not withdrawn its motion. Plaintiff requests that the Court deny Defendant's motion to compel as it is now moot. There is no discovery dispute between the parties. Moreover, the failure of the Plaintiff to file timely responses was not willful or in bad faith; it was simply because Plaintiff needed additional time to obtain responsive documents and information. Plaintiff intends to supplement his responses as additional documents and information becomes available in accordance with his duty under FRCP 26(e).

## II. CONCLUSION

Plaintiff requests that the Court deny Defendant's Motion to Compel and grant all such just and further relief as the court deems just and proper.

> Respectfully submitted,
> JAMES AKRIDGE
>
>
> By:   /s/
>       Counsel

C. Sukari Hardnett, Esquire
Law Office of C. Sukari Hardnett
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (301) 587-7001