IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES C. AKRIDGE                      :

    Plaintiff,                            :

v.                                             :    Case No. 1:06CV00346
                                                  Judge: Ricardo M. Urbina

GALLAUDET UNIVERISTY            :

    Defendant.                           :

## PRAECIPE

COME NOW Defendant, Gallaudet University, by and through counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and hereby withdraws its previously filed Motion to Compel Discovery. This matter has been amicably resolved between the parties.

        Respectfully submitted,

        **BONNER, KIERNAN, TREBACH &CROCIATA**

        _____
        Christopher E. Hassell, #291641
        Heather S. Deane, #471834
        1233 20th Street, NW
        Suite 800
        Washington, D.C. 20036
        (202) 712-7000
        **Attorney for Defendant Gallaudet University**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2007 a true copy of the foregoing was served via this Court's electronic system to:

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1111 Bonifant Street
Silver Spring, MD  20910

_____
Heather S. Deane

153122-1