IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES C. AKRIDGE           :

    Plaintiff,           :

v.                         :   Case No. 1:06CV00346
                                                                                             Judge: Ricardo M. Urbina

GALLAUDET UNIVERISTY      :

    Defendant.          :

### DEFENDANT GALLAUDET UNIVERSITY'S
### CONSENT MOTION TO EXTEND DISCOVERY

COMES NOW Defendant, Gallaudet University, (hereinafter "Defendant" or "Gallaudet"), by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to issue an Order extending the discovery deadline in this case by forty-five (45) days. In support of this Motion, Defendant states as follows:

    1.    The instant lawsuit arises out of Plaintiff's claims of discrimination against Gallaudet based on Gallaudet's decision not to select him for the position of the Director of the Career Center, which Plaintiff interviewed for on May 3, 2004. Plaintiff, an employee of Gallaudet University, alleges he was discriminated against on the basis of gender, race, and disability.

    2.    This Court issued a Scheduling Order in this matter on November 14, 2006, providing a discovery deadline of June 18, 2007. (*See* Scheduling Order attached hereto as Exhibit 1).

3. The parties have exchanged written discovery, but have not yet been able to conduct depositions of the parties and several Gallaudet employees.

4. The deposition of Plaintiff has been set for July 5, 2007, which is the first mutually convenient date.

5. Further, the parties are in the process of scheduling the deposition of Defendant's employees on mutually convenient dates in July.

6. Due to the difficulty in scheduling the depositions of the numerous individuals Plaintiff has requested to depose in this matter, coupled with the busy calendar of counsel, the parties will be unable to complete discovery by the June 18, 2007 deadline originally set by this Court.

7. All counsel consent to this Motion and the extension of time will not prejudice any party.

8. Further, all other dates provided in the Court's Scheduling Order would remain the same.

WHEREFORE, the foregoing considered, the parties respectfully request that this Court issue an Order extending the discovery deadline set forth in the scheduling order by forty-five (45) days, in order to conduct depositions in this matter.

DATED this 11th day of June, 2007.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA**

_____
Christopher E. Hassell, Esquire
Heather S. Deane, Esquire
1233 20th Street, NW
Suite 800
Washington, D.C. 20036
(202) 712-7000
**Attorney for Defendant Gallaudet University**

## CERTIFICATE PURSUANT TO RULE 12-I

The undersigned counsel for Defendant hereby certifies that she discussed the issues contained in this Motion with Plaintiff's counsel on June 7, 2007, and that Plaintiff's counsel consented to the relief requested herein.

_____
Heather S. Deane, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion to Extend Discovery was mailed, postage prepaid, and served via this Court's electronic system, this 11th day of June, 2007 to:

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1111 Bonifant Street
Silver Spring, MD  20910

_____
Heather S. Deane