IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES C. AKRIDGE | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:06CV00346<br>Judge: Ricardo M. Urbina |
| GALLAUDET UNIVERISTY | : | |
| Defendant. | : | |

### ORDER

This matter having come before the court upon Defendant Gallaudet University's Consent Motion to Extend Discovery, the Court having considered this motion, and the entire record herein, it is by the court this _____day of _____ 2007

**ORDERED,** that Defendant's Motion be and hereby is **GRANTED**; and it is

**FURTHER ORDERED,** that the Discovery deadline in this matter will be extended to August 9, 2007.

_____
Judge Ricardo M. Urbina
United States District Court
  for the District of Columbia

5                                                                                                                    172239-1

Copies to:

Christopher Hassell, Esq.
Heather S. Deane, Esq.
1233 20th Street, N.W.
Suite 800
Washington, D.C. 20036

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1111 Bonifant Street
Silver Spring, Maryland 20910