IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES C. AKRIDGE** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. 1:06CV00346<br>Judge: Ricardo M. Urbina |
| **GALLAUDET UNIVERISTY** | : | |
| **Defendant.** | : | |

### AMENDED NOTICE OF TAKING ORAL DEPOSITION

PLEASE TAKE NOTE that Defendant Gallaudet University, by and through its counsel, will take the deposition of the individual listed below at the offices of Bonner Kiernan Trebach & Crociata, LLP, 1233 20th Street, N.W., Washington, D.C. 20036 on the following dates and times:

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| James C. Akridge | Thursday, July 5, 2007 | 10:00 a.m. |

The deposition will be taken pursuant to the Rules of this Court, before an officer duly authorized by law to administer oath. The depositions will also continue from day to day until completed.

Dated: June 22, 2007

                         GALLAUDET UNIVERSITY
                         By Counsel

                         BONNER KIERNAN TREBACH & CROCIATA

*/s/ Heather S. Deane*

Heather S. Deane, Esq.
1233 20th Street, N.W., 8th Floor
Washington, DC 20036
(202) 712-7000
(202) 712-7100
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22rd day of June, 2007, a true and correct copy of the Defendant's Notice of Deposition was served via United States Mail, first class, postage prepaid upon:

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1111 Bonifant Street
Silver Spring, MD 20910

*/s/ Heather S. Deane*
Heather S. Deane

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES C. AKRIDGE** | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1:06-cv-00346-RMU<br>Judge: Ricardo M. Urbina |
| **GALLAUDET UNIVERISTY** | : | |
| Defendant. | : | |

### CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on this 22nd day of June, 2007, I served on Plaintiff's counsel a copy of Defendant's Amended Notice Of Taking Oral Deposition and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

DATED: This 22nd day of June, 2007.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

*Heather S. Deane* /s/
Christopher E. Hassell, #291641
Heather S. Deane #471834
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite, 800
Washington D.C.  20036
(202)712-7000
Attorneys for Defendants
**GALLAUDET UNIVERSITY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Certificate Regarding Discovery was mailed, postage prepaid, this 22nd day of June, 2007 to:

Sukari Hardnett, Esquire
Hardnett and Associates
1010 Wayne Avenue
Suite 200
Silver Spring, Maryland 20910

*Heather S. Deane /KD*
Heather S. Deane