IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES AKRIDGE** ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 1:06-cv-00346-RMU |
| ) | Judge Ricardo M. Urbina |
| v. ) | |
| ) | |
| **GALLAUDET UNIVERSITY** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR SIXTY DAY
EXTENSION OF THE DISCOVERY DEADLINE**

Plaintiff James Akridge, by and through counsel, C. Sukari Hardnett and the Law Office of C. Sukari Hardnett, files Plaintiff's Motion for Sixty Day Extension of the Discovery Deadline for good cause, as detailed in the accompanying Memorandum in Support of Plaintiff's Motion for Sixty Day Extension of the Discovery Deadline

WHEREFORE, Plaintiff seeks that the Court grant Plaintiff's Motion for Sixty Day Extension of the Discovery Deadline and extend the discovery deadline in this case until October 8, 2007, and grant all such just and further relief as the court deems just and proper.

Respectfully submitted,
JAMES AKRIDGE

By:   /s/
      Counsel

C. Sukari Hardnett, Esquire
Law Office of C. Sukari Hardnett
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (301) 587-7001

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES AKRIDGE** ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 1:06-cv-00346-RMU |
| ) | Judge Ricardo M. Urbina |
| v. ) | |
| ) | |
| **GALLAUDET UNIVERSITY** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR
SIXTY DAY EXTENSION OF THE DISCOVERY DEADLINE**

Plaintiff James Akridge, by and through counsel, C. Sukari Hardnett and the Law Office of C. Sukari Hardnett, submits this Memorandum in Support of Plaintiff's Motion for Sixty Day Extension of the Discovery Deadline and avers:

1)     The discovery deadline in this action is August 8, 2007.

2)     The parties have issued written discovery, and Defendant has taken Plaintiff's deposition.

3)     The parties had conferred about taken the deposition of Defendant's agents and representatives, but Plaintiff could not take the depositions on the dates initially proposed.

4)     Plaintiff has provided the Defendant with additional dates to take the deposition of Defendant's agents and representatives, and Plaintiff requests an extension of the discovery deadline October 8, 2007, to accommodate these depositions.

5)     There has been one prior extension of the discovery deadline requested by the Defendant and to which Plaintiff consented.

6) Plaintiff has good cause to request an extension of the discovery deadline to complete depositions that could not take place prior to the expiration of discovery.

7) Granting this motion will not necessitate extending any of the other the deadlines in this action.

8) Plaintiff sent a written notice to the Defendant regarding this proposed extension, but as of the time of the filing of this motion Defendant had not yet responded.

WHEREFORE, Plaintiff seeks that the Court grant Plaintiff's Motion for Sixty Day Extension of the Discovery Deadline, extend the discovery deadline until October 8, 2007, and grant all such just and further relief as the court deems just and proper.

                                Respectfully submitted,
                                JAMES AKRIDGE

                                By:  /s/
                                    Counsel

C. Sukari Hardnett, Esquire
Law Office of C. Sukari Hardnett
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (301) 587-7001