## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES AKRIDGE** | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:06-cv-00346-RMU |
| | ) Judge Ricardo M. Urbina |
| v. | ) |
| | ) |
| **GALLAUDET UNIVERSITY** | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

Having fully considered Plaintiff's Motion for Sixty Day Extension of the Discovery Deadline, any opposition thereto, and good cause having been shown, it is hereby this _____ day of _____, 2007,

ORDERED, THAT Plaintiff's Motion for Sixty Day Extension of the Discovery Deadline is GRANTED.

UNITED STATES DISTRICT COURT JUDGE
RICARDO M. URBINA