| | | |
|---|---|---|
| 1233 20th Street, NW<br>Suite 800<br>Washington, DC 20036<br>Telephone: (202) 712-7000<br>Facsimile: (202) 712-7100<br>bktc@bktc.net<br>www.bktc.net | **BONNER<br>KIERNAN<br>TREBACH &<br>CROCIATA**, LLP | Connecticut<br>Maryland<br>Massachusetts<br>New Jersey<br>New York<br>Pennsylvania<br>Rhode Island<br>Virginia<br>Washington, DC |

June 13, 2007

**VIA FACSIMILE & U.S. MAIL**
C. Sukari Hardnett, Esquire
Hardnett and Associates
1111 Bonifant Street
Silver Spring, Maryland 20910

      RE:    James Akridge v. Gallaudet University
              U.S. District Court for the District of Columbia
              Case Number 1:06cv00346

Dear Ms. Hardnett,

      Further to our telephone conference last week regarding Plaintiff's request to depose certain Gallaudet employees in this matter, we have arranged for these individuals to be available for deposition on the dates you provided. The proposed schedule is as follows:

| | |
|---|---|
| Edgar Palmer* (interview committee) | July 6, 2007 |
| Eileen Matthews (interviewed Plaintiff) | July 6, 2007 |
| | |
| Terry Coye (interview committee) | July 11, 2007 |
| Deborah Moore* (interview committee) | July 11, 2007 |
| | |
| Karen Cooke (interview committee) | July 16, 2007 |
| Stephanie Walden | July 16, 2007 |

      The asterisks above denote that this individual is hearing impaired and will require an Interpreter in American Sign Language at his/her deposition. Please let us know whether you intend to retain private interpreters for these depositions or if you would like to use interpreters from Gallaudet University. In the event you use interpreters from Gallaudet, you will be billed for their services directly.

      Sharrell McCaskill is available to be deposed on any of the three dates stated above. Please contact us as soon as possible to provide the date you wish to depose Ms. McCaskill. We also ask that upon receipt of this letter, you contact us to confirm the proposed schedule, and provide the time and location for each deposition.



C. Sukari Hardnett, Esquire
June 13, 2007
Page 2 of 2

Thank you for your attention to these matters.

Sincerely,

*Ariel Grayson*

Ariel R. Grayson

cc:   Heather S. Deane, Esq.