| | | |
|---|---|---|
| 1233 20th Street, NW<br>Suite 800<br>Washington, DC 20036<br>Telephone: (202) 712-7000<br>Facsimile: (202) 712-7100<br>bktc@bktc.net<br>www.bktc.net | **BONNER<br>KIERNAN<br>TREBACH &<br>CROCIATA, LLP** | Connecticut<br>Maryland<br>Massachusetts<br>New Jersey<br>New York<br>Pennsylvania<br>Rhode Island<br>Virginia<br>Washington, DC |

June 15, 2007

**VIA FACSIMILE & U.S. MAIL**
C. Sukari Hardnett, Esquire
Hardnett and Associates
1111 Bonifant Street
Silver Spring, Maryland 20910

        RE:    <u>James Akridge v. Gallaudet University</u>
                  U.S. District Court for the District of Columbia
                  Case Number 1:06cv00346
                  BKT&C No.: 0487.0011

Dear Ms. Hardnett,

      Enclosed please fine Gallaudet's unexecuted Answers to Interrogatories and Responses to Request for Production of Documents. Verification for Gallaudet's Answers to Interrogatories will be sent under separate cover.

      In addition, we would like to hear back from you in response to our letter of June 13, 2007, regarding your proposed depositions of certain Gallaudet employees.

      Thank you for your attention to these matters.

                                Sincerely,

                                Ariel R. Grayson

Enclosures (via fax w/o documents)

cc:    Heather S. Deane, Esq. (w/o encl.)

