| | | |
|---|---|---|
| 1233 20th Street, NW<br>Suite 800<br>Washington, DC 20036<br>Telephone: (202) 712-7000<br>Facsimile: (202) 712-7100<br>bktc@bktc.net<br>www.bktc.net | **BONNER<br>KIERNAN<br>TREBACH &<br>CROCIATA, LLP** | Connecticut<br>Maryland<br>Massachusetts<br>New Jersey<br>New York<br>Pennsylvania<br>Rhode Island<br>Virginia<br>Washington, DC |

June 28, 2007

**VIA FACSIMILE & U.S. MAIL**
C. Sukari Hardnett, Esquire
Hardnett and Associates
1111 Bonifant Street
Silver Spring, Maryland 20910

> RE: James Akridge v. Gallaudet University
> U.S. District Court for the District of Columbia
> Case Number 1:06cv00346
> BKT&C No.: 0487.0011

Dear Ms. Hardnett,

Please be advised that the seven Gallaudet employees you requested to depose in this matter are no longer available for deposition on the dates provided in our correspondence of June 13, 2007. As you know, that letter set forth proposed dates for the depositions based on the dates you provided you were available. On June 15, 2007, we sent another correspondence to you in which we again requested that you provide a response regarding the proposed depositions.

One week later, on June 22, 2007, having still received no response from you about the proposed depositions, I spoke with your legal assistant, Martin Brown, who stated that he would send a letter regarding same by the close of business that day. No letter was received. When I spoke with Mr. Brown by telephone on Monday, June 25, 2007, he apologized for the delay stated that a response was forthcoming. To date, no letter or response has been received.

Based on your lack of response within a reasonable time, defense counsel and the seven Gallaudet employees are no longer available for depositions on July 6, July 11 or July 16. Please contact us should you wish to advise us of future dates that you are available for these depositions.

Thank you for your attention to this matter.

Sincerely,

*Ariel Grayson*
Ariel R. Grayson

cc: Heather S. Deane, Esq.

**DEFENDANT'S
EXHIBIT
3**