# Fax Cover Sheet
## Law Office of
## C. SUAKRI HARDNETT
1111 BONIFANT STREET
SILVER SPRING, MARYLAND 20910
TELEPHONE (301) 587-7001
FACSIMILE (301) 587-7002
E-MAIL: S.HARDNETT@VERIZON.NET

| Send to: **HEATHER S. DEANE** | From: **C. SUKARI HARDNETT** |
|---|---|
| Re: **Akridge v. Gallaudet University** | Date: **August 2, 2007** |
| Fax Number: **(202) 712-7100** | Number of Pages: **02** (including cover) |

❏ Urgent
❏ Please Review
❏ For Your Information

This message and any attachment contains confidential material. It is only intended for the person to whom it is addressed. If you have received this message in error kindly delete or dispose this message. Any review, dissemination, distribution, or copying of this message or attachments is prohibited by law.



DEFENDANT'S EXHIBIT 4

LAW OFFICE OF
## C. SUKARI HARDNETT
1111 BONIFANT STREET
SILVER SPRING, MARYLAND 20910
s.hardnett@verizon.net
Telephone (301) 587-7001
Facsimile (301) 587-7002

August 1, 2007

**VIA FACSIMILE & US MAIL:**
Heather S. Deane
BONNER KIERNAN TREBACH & CROCIATA
1233 20TH Street, NW, 8th Floor
Washington, DC 20036

Re:  Akridge v. Gallaudet University
     Case No. 1:06-cv-00346-RMU

Dear Ms. Deane:

I am writing regarding the depositions of Defendant's agents and representatives. I apologize for the delay in getting back to you regarding my dates of availability. There were some issues which I had to address regarding deposition costs, and I was out of the office for a substantial part of July 2007, due to personal reasons.

During the month of August, I presently have two scheduled trials. I am filing a motion to continue one of the trials and, if granted, I can provide dates to take depositions in August. However, at present the earliest dates on which I am available is September 3-7, 21, 24-25, 28, 2007. If the witnesses that I previously identified are available on these dates, and you are amenable, we can note the depositions on those dates.

I plan to file a motion to extend the discovery deadline to accommodate these depositions, which I do not believe will require any change in the other deadlines under the Scheduling Order. Please let me know your position on extending discovery and taking these depositions as soon as possible.

If you have any questions or concerns please contact me.

Sincerely yours,

C. Sukari Hardnett, Esq.