IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES C. AKRIDGE** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:06CV00346<br>Judge: Ricardo M. Urbina |
| **GALLAUDET UNIVERISTY** | : | |
| Defendant. | : | |

## ORDER

This matter having come before the court upon Plaintiff's Motion for Sixty Day Extension of the Discovery Deadline, Defendant Gallaudet University's Opposition thereto, and the entire record herein, it is by the Court this _____ day of _____ 2007

**ORDERED,** that Plaintiff's Motion be and hereby is **DENIED**.

_____
Judge Ricardo M. Urbina
United States District Court
for the District of Columbia

Copies to:

Christopher Hassell, Esq.
Heather S. Deane, Esq.
1233 20th Street, N.W.
Suite 800
Washington, D.C. 20036

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1111 Bonifant Street
Silver Spring, Maryland 20910