IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES C. AKRIDGE | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1:06-cv-00346-RMU |
| | | Judge: Ricardo M. Urbina |
| GALLAUDET UNIVERISTY | : | |
| Defendant. | : | |

## NOTICE OF FILING OF LENGTHY EXHIBITS

PLEASE TAKE NOTICE THAT on August 20, 2007, Defendant Gallaudet University, pursuant to LCvR 5.1 and 5.4(e)(1), filed and served upon all counsel Exhibits 1-23 to Defendant's Motion for Summary Judgment in paper format.

DATED this 22nd day of August 2007.

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP

/S/
_____
Christopher E. Hassell, #291641
Heather S. Deane, #471834
1233 20th Street, NW
Suite 800
Washington, DC  20036
(202) 712-7000

177009-1

177009-1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Filing of Lengthy Exhibits, was served electronically, this 22nd day of August, 2007 upon:

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1010 Wayne Avenue, St. 210
Silver Spring, MD  20910

/S/
_____
Heather S. Deane