IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JAMES AKRIDGE** ) | |
| ) | |
| Plaintiff, ) | Civil Action No.  1:06-cv-00346-RMU-AK |
| ) | |
| v. ) | |
| ) | |
| **GALLAUDET UNIVERSITY** ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT GALLAUDET UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT

Plaintiff JAMES AKRIDGE by and through counsel, C. Sukari Hardnett, Esq. and the Law Office of C. Sukari Hardnett, files Plaintiff's Motion for Extension of Time to File Opposition to Defendant Gallaudet University's Motion for Summary Judgment and avers:

1. Plaintiff requests an extension of time to file his opposition to Defendant's Motion for Summary Judgment.

2. Under the parties' Meet and Confer Statement, Plaintiff's Opposition to Defendant's Motion for Summary Judgment is to be filed within fifteen days after the filing of Defendant's Motion for Summary Judgment.  *See* Meet and Confer Statement at ¶ 8.

3. Accordingly, Plaintiff's Opposition is due by September 7, 2007.

4. Plaintiff requests an extension of time to file his opposition, for Plaintiff desires to use his deposition testimony to rebut facts that Defendant alleges in its Motion for Summary Judgment are not in dispute.

5. Plaintiff has not yet obtained a copy of the transcript. Because of the intervening holiday (labor-day), Plaintiff seeks additional from the court in order to do so.

6. Plaintiff seeks that the court grants a brief extension of the deadline for Plaintiff to file his opposition, until September 17, 2007.

7. Under the parties Meet and Confer Statement, Defendant would still have seven days to file any Reply. *See* Meet and Confer Statement at ¶ 8.

8. This is Plaintiff's first request for extension of time to file his opposition to Defendant's Motion for Summary Judgment.

9. The extension will not alter or affect any other deadlines under the Scheduling Order.

10. Plaintiff has not yet had an opportunity to confer with the Defendant regarding this requested extension; however, the extension request would not cause prejudice to the Defendant, as Defendant would still have seven days to file any Reply as agreed by the parties. *See* Meet and Confer Statement at ¶ 8.

WHEREFORE, Plaintiff seeks that the Court grant him an extension of time until September 17, 2007, to file his opposition to Defendant's Motion for Summary Judgment and grant all such just and further relief as the court deems just and proper.

                                                Respectfully submitted,
                                                JAMES AKRIDGE


                                                By:   /s/_____
                                                       Counsel


C. Sukari Hardnett, Esq.
Law Office of C. Sukari Hardnett
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (301) 587-7001