**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES AKRIDGE** | ) |
| | ) |
| Plaintiff, | )    Civil Action No.  1:06-cv-00346-RMU-AK |
| | ) |
| v. | ) |
| | ) |
| **GALLAUDET UNIVERSITY** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Having fully considered Plaintiff's Motion for Extension of Time to File Opposition to Defendant's Motion for Summary Judgment, any opposition thereto, and good cause having been shown it is hereby this _____ day of _____, 2007,

ORDERED That Plaintiff's Motion for Extension of Time to File Opposition to Defendant's Motion for Summary Judgment is GRANTED.

_____
RICARDO M. URBINA
United States District Judge