## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES AKRIDGE** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06-cv-00346-RMU-AK |
| ) | |
| v. ) | |
| ) | |
| **GALLAUDET UNIVERSITY** ) | |
| ) | |
| Defendants. ) | |

### ORDER

Having fully considered Defendant Gallaudet University's Motion for Summary Judgment, Plaintiff's opposition thereto, and good cause having been shown it is hereby this _____ day of _____, 2007,

ORDERED That Defendant Gallaudet University's Motion for Summary Judgment is DENIED.

_____
RICARDO M. URBINA
United States District Court Judge