**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES AKRIDGE** | ) |
| Plaintiff, | ) Civil Action No. 1:06-cv-00346-RMU-AK |
| v. | ) |
| **GALLAUDET UNIVERSITY** | ) |
| Defendants. | ) |

**NOTICE OF FILING OF LENGTHY EXHIBITS**

Exhibits A and B accompanying Plaintiff's Opposition to Defendant Gallaudet University's Motion for Summary Judgment are lengthy exhibits that exist in paper format. Plaintiff will file with the Court and serve copies of these exhibits upon the Defendant within twenty-four (24) hours of the filing of Plaintiff's Opposition to Defendant Gallaudet University's Motion for Summary Judgment.

Respectfully submitted,
JAMES AKRIDGE

By: __/s/__
　　Counsel

C. Sukari Hardnett, Esq.
Law Office of C. Sukari Hardnett
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (301) 587-7001