IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES AKRIDGE** ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 1:06-cv-00346-RMU |
| ) | Judge Ricardo M. Urbina |
| v. ) | |
| ) | |
| **GALLAUDET UNIVERSITY** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION TO ACCEPT OPPOSITION TO DEFENDANT GALLAUDET UNIVERSITY'S MOTION FOR SUMMARY JUDGMENT ONE DAY LATE**

Plaintiff James Akridge, by and through counsel, C. Sukari Hardnett and the Law Office of C. Sukari Hardnett, files Plaintiff's Motion to Accept Opposition to Defendant Gallaudet University's Motion for Summary Judgment One Day Late and avers:

1) The deadline for the Plaintiff to file his opposition to Defendant Gallaudet University's Motion for Summary Judgment by ECF was midnight September 17, 2007.

2) Plaintiff could not file his opposition by that deadline because of technical difficulties with the PDF conversion of his opposition and because Plaintiff needed additional time to check and verify citations to Plaintiff's deposition, which Plaintiff relied upon in his opposition.

3) Plaintiff filed his opposition on September 18, 2007, at 3:21am, which is three hours and twenty-one minutes after the deadline for filing his opposition.

4) Plaintiff requests that the court accept Plaintiff's late filed opposition, which was filed shortly after the deadline.

5) Defendant will suffer no prejudice as the deadline for the Defendant to file its reply is triggered by the date of the filing of Plaintiff's opposition. Additionally, Defendant still received the document by the time it opened its office on September 18, 2007.

WHEREFORE, Plaintiff seeks that the Court grant Plaintiff's Motion to Accept Opposition to Defendant Gallaudet University's Motion for Summary Judgment One day Late and grant all such just and further relief as the court deems just and proper.

                                                    Respectfully submitted,
                                                    JAMES AKRIDGE

                                                    By: ___/s/_____
                                                         Counsel

C. Sukari Hardnett, Esquire
Law Office of C. Sukari Hardnett
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (301) 587-7001