# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES AKRIDGE** | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:06-cv-00346-RMU |
| | ) Judge Ricardo M. Urbina |
| v. | ) |
| | ) |
| **GALLAUDET UNIVERSITY** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Having fully considered Plaintiff's Motion to Accept Opposition to Defendant Gallaudet University's Motion for Summary Judgment One Day Late, any opposition thereto, and good cause having been shown, it is hereby this _____ day of _____, 2007,

ORDERED, THAT Plaintiff's Motion to Accept Opposition to Defendant Gallaudet University's Motion for Summary Judgment One day Late is GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE
RICARDO M. URBINA