IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES C. AKRIDGE | : |
|     Plaintiff, | : |
| v. | :   Case No.: 1:06-cv-00346-RMU |
| |       Judge: Ricardo M. Urbina |
| GALLAUDET UNIVERISTY | : |
|     Defendant. | : |

**DEFENDANT GALLAUDET UNIVERSITY'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant, Gallaudet University (hereinafter "Gallaudet" or "Defendant"), by and through its counsel, Bonner Kiernan Trebach & Crociata, LLP, and pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7, hereby moves to strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment on the grounds that the Opposition was not timely filed.

In support of this Motion, Defendant respectfully refers the Court to the attached Memorandum of Points and Authorities, which are incorporated herein by reference.

DATED: this 20th day of September, 2007.

                        Respectfully submitted,

                        BONNER KIERNAN TREBACH & CROCIATA, LLP

                        _____
                        Christopher E. Hassell, #291641
                        Heather S. Deane, #471834
                        1233 20th Street, NW
                        Suite 800
                        Washington, DC 20036
                        (202) 712-7000

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Strike, and Memorandum of Points and Authorities in Support thereof, was served electronically and via first class mail, postage prepaid, this 20th day of September, 2007, upon:

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1010 Wayne Avenue, St. 210
Silver Spring, MD 20910

_____
Heather S. Deane

178524-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUBMIA

| | | |
|---|---|---|
| **JAMES C. AKRIDGE** | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1:06-cv-00346-RMU |
| | | Judge: Ricardo M. Urbina |
| **GALLAUDET UNIVERISTY** | : | |
| Defendant. | : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT GALLAUDET UNIVERSITY'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Defendant, Gallaudet University (hereinafter "Gallaudet" or "Defendant"), by and through counsel, Bonner, Kiernan, Trebach & Crociata, LLP, and in support of its Motion to Strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment, states as follows:

1. The instant lawsuit arises out of Plaintiff's claims of discrimination against Gallaudet based on Gallaudet's decision not to select him for the position of the Director of the Career Center, for which Plaintiff interviewed on May 3, 2004.

2. Defendant filed a Motion for Summary Judgment on August 20, 2007.

3. On September 4, 2007, Plaintiff filed a Motion for Extension of Time to File an Opposition to Defendant's Motion for Summary Judgment.

4. On September 13, 2007, the Court granted Plaintiff's Motion, and Ordered that Plaintiff file his opposition to the defendant's motion for summary judgment on or before September 17, 2007.

5. Plaintiff did not file the Opposition until September 18, 2007.

178524-1

6. Plaintiff's opposition is improper because it is untimely and violates this Court's Order of September 13, 2007. The Plaintiff's Opposition should therefore be stricken as a matter of law.

7. Plaintiff has provided no justification or excuse such as to constitute good cause for this delay.

WHEREFORE, based on the foregoing, Defendant Gallaudet University respectfully requests that this Court grant its Motion to Strike Plaintiff's Opposition to its Motion for Summary Judgment.

DATED: this 20th day of September, 2007.

> Respectfully submitted,
>
> BONNER KIERNAN TREBACH & CROCIATA, LLP
>
> _____
> Christopher E. Hassell, #291641
> Heather S. Deane, #471834
> 1233 20th Street, NW
> Suite 800
> Washington, DC 20036
> (202) 712-7000
> (202) 712-7100 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES C. AKRIDGE** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No.: 1:06-cv-00346-RMU |
| | | Judge: Ricardo M. Urbina |
| **GALLAUDET UNIVERISTY** | : | |
| **Defendant.** | : | |

## ORDER

This matter having come before the court upon Defendant's Motion to Strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment, any opposition thereto, the entire record herein, and good cause having been shown, it is this _____ day of _____ 2007 hereby,

**ORDERED,** that Defendant's Motion to Strike is hereby **GRANTED**; and it is further

**ORDERED,** that Plaintiff's Opposition to Defendant's Motion for Summary Judgment be and is hereby stricken from the record in this action.

_____
Judge Ricardo M. Urbina
United States District Court
  for the District of Columbia

Copies to:

Christopher Hassell, Esq.
Heather S. Deane, Esq.
1233 20th Street, N.W.
Suite 800
Washington, D.C. 20036

C. Sukari Hardnett, Esq.
HARDNETT & ASSOCIATES
1111 Bonifant Street
Silver Spring, Maryland 20910