IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES AKRIDGE** ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 1:06-cv-00346-RMU |
| ) | Judge Ricardo M. Urbina |
| v. ) | |
| ) | |
| **GALLAUDET UNIVERSITY** ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO STRIKE PLAINTIFF'S OPPOSITION**

Plaintiff James Akridge, by and through counsel, C. Sukari Hardnett and the Law Office of C. Sukari Hardnett, submits his Opposition to Defendant's Motion to Strike Plaintiff's Opposition and avers:

1.  On September 18, 2007, with good cause shown, Plaintiff filed a motion asking the Court to accept his opposition to Defendant's Motion for Summary Judgment, which was filed three hours after the deadline (Docket No. 26).

2.  On September 20, 2007, the Court issued a minute order granting Plaintiff's motion.

3.  Then, after the court issued its minute order granting Plaintiff's motion to accept his opposition after the deadline, Defendant filed a Motion to Strike Plaintiff's opposition as untimely (Docket No. 27).

4.  However, the issue is moot because the Court already issued an Order granting Plaintiff's request to accept his opposition after the deadline.

5. Moreover, Defendant falsely asserts in its motion to strike that Plaintiff "has not provided any justification or excuse such as to constitute good cause for the delay." *See* Motion to Strike at ¶ 7.

6. However, this is false. In his motion, Plaintiff did provide good cause to support his request.

7. Accordingly, Plaintiff seeks that the Court denies Defendant's Motion to Strike as moot.

WHEREFORE, Plaintiff seeks that the Court deny Defendant's Motion to Strike and grant all such just and further relief as the Court deems just and proper.

        Respectfully submitted,
        JAMES AKRIDGE


        By:   /s/
            Counsel

C. Sukari Hardnett, Esquire
Law Office of C. Sukari Hardnett
1111 Bonifant Street
Silver Spring, Maryland 20910
Tel: (301) 587-7001