**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES AKRIDGE** )<br>)<br>Plaintiff, ) CASE NO.: <u>1:06-cv-00346-RMU</u><br>) Judge Ricardo M. Urbina<br>v. )<br>)<br>**GALLAUDET UNIVERSITY** )<br>)<br>Defendant. )<br>) | |

## <u>ORDER</u>

Having fully considered Defendant's Motion to Strike, Plaintiff's opposition, and good cause having been shown, it is hereby this _____ day of _____, 2007,

ORDERED, THAT Defendant's Motion to Strike is DENIED.

_____
UNITED STATES DISTRICT COURT JUDGE
RICARDO M. URBINA