IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES C. AKRIDGE | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1:06-cv-00346-RMU |
| | | Judge: Ricardo M. Urbina |
| GALLAUDET UNIVERISTY | : | |
| Defendant. | : | |

**NOTICE OF FILING OF SUPPLEMENTAL EXHIBIT TO DEFENDANT
GALLAUDET'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE THAT ON September 27, 2007, Defendant Gallaudet University, filed and served upon all counsel Exhibit 24 to Defendant's Motion for Summary Judgment, as a supplemental exhibit to its Motion for Summary Judgment, previously filed on August 20, 2007. Exhibit 24 is attached hereto and is being filed now in order to provide screening committee member Terry Coye's signed affidavit. As stated in Defendant's Motion, Mr. Coye was out of town for an extended period of time and unable to review his Affidavit before the Motion was filed. (*See* Motion for Summary Judgment, "Statement of Material Facts Not in Genuine Dispute," p. 9, fn 4.) Undersigned counsel received Mr. Coye's signed and notarized Affidavit by mail on September 27, 2007, and requests that the Affidavit of Terry Coye, attached hereto as Exhibit 24, be considered as a supplemental exhibit to its previously filed Motion for Summary Judgment.

177009-1

DATED this 27th day of September, 2007.

    Respectfully submitted,

    **BONNER KIERNAN TREBACH& CROCIATA, LLP**

    _____
    Christopher E. Hassell, #291641
    Heather S. Deane, #471834
    1233 20th Street, NW
    Suite 800
    Washington, DC  20036
    (202) 712-7000
    (202) 712-7100 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I hereby certify that the foregoing Notice of Filing of Supplemental Exhibit to Defendant Gallaudet University's Motion for Summary Judgment was served electronically and via first class mail, postage prepaid, this 27th day of September, 2007 upon:

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1010 Wayne Avenue, St. 210
Silver Spring, MD  20910

    _____
    Heather S. Deane

177009-1