**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JAMES C. AKRIDGE** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Case No.: 1:06-cv-00346-RMU**<br>**Judge: Ricardo M. Urbina** |
| **GALLAUDET UNIVERISTY** | : | |
| **Defendant.** | : | |

**AFFIDAVIT OF TERRY COYE**

(1) My name is Terry Coye and I am an employee of Gallaudet University.

(2) In April and May 2004, I served as the chairperson of the screening committee that interviewed candidates for the position of Director of the Career Center.

(3) The screening committee was made up of four Gallaudet University employees: two deaf and two hearing; one African American and three White; two male and two female.

(4) The screening committee reviewed, observed, and interviewed a total of thirteen candidates for the position of Director of the Career Center. (*See* Final Report by Terry Coye, dated May 4, 2004, attached hereto as Exhibit A.)

(5) Mr. James Akridge was one of the thirteen candidates that the committee interviewed for the position of Director of the Career Center.

(6) The responsibilities of the screening committee included reviewing application materials of each candidate; attending the public presentation made by each candidate; conducting a private, standard forty-five minute interview with each candidate; and collecting and summarizing evaluations of the public presentation received from attendees. (*See* Exhibit A.)

DEFENDANT'S EXHIBIT 24

(7) The screening committee evaluated each candidate and placed them into one of three categories: "Highly Qualified," "Qualified," or "Not Qualified." (*See* Exhibit A.)

(8) The screening committee determined that James Akridge was "Not Qualified." (*See* Exhibit A.)

(9) The screening committee determined that Steve Koppi was "Highly Qualified." (*See* Exhibit A.)

(10) The committee unanimously chose not to hire Mr. Akridge because he demonstrated limited knowledge and skills related to career development in a higher education setting, and his performance in his interview reflected his inexperience in the field.

(11) Both Mr. Koppi and Mr. Akridge are male.

(12) The decision not to hire Mr. Akridge was not based on his race, gender, or disability.

**I swear and affirm that the foregoing is true to the best of my knowledge and belief.**

This the 5th day of September, 2007.

**Terry Coye**

Sworn and subscribed before me, this the 5th day of September, 2007.

Notary Public

My Commission Expires:

AGNES M. MUSE
Notary Public of District of Columbia
My Commission Expires June 30, 2008

NOTARY PUBLIC



169809-2

(7) The screening committee evaluated each candidate and placed them into one of three categories: "Highly Qualified," "Qualified," or "Not Qualified." (*See* Exhibit A.)

(8) The screening committee determined that James Akridge was "Not Qualified." (*See* Exhibit A.)

(9) The screening committee determined that Steve Koppi was "Highly Qualified." (*See* Exhibit A.)

(10) The committee unanimously chose not to hire Mr. Akridge because he demonstrated limited knowledge and skills related to career development in a higher education setting, and his performance in his interview reflected his inexperience in the field.

(11) Both Mr. Koppi and Mr. Akridge are male.

(12) The decision not to hire Mr. Akridge was not based on his race, gender, or disability.

**I swear and affirm that the foregoing is true to the best of my knowledge and belief.**

This the 5th day of September, 2007.

**Terry Coye**

Sworn and subscribed before me, this the 5th day of September, 2007.

Notary Public
My Commission Expires:

AGNES M. MUSE
Notary Public of District of Columbia
My Commission Expires June 30, 2008



169809-2

MEMORANDUM

TO: Eileen Matthews, Associate Dean, CAPSS

FR: Terry Coye, Chair, Screening Committee for Career Center Director

RE: Final Report

DA: May 4, 2004

I am pleased to present you with the findings of the Screening Committee for the Career Center Director. Below is a summary of our actions. Attached are a summary of evaluations of the candidates we interviewed, and various forms we used in the process.

Committee Formation and Procedures

You formed the Screening Committee in the Fall of 2003, with five members: Terry Coye, Director of Tutorial and Instructional Programs (chair); Edgar Palmer, Director of the Office for Students with Disabilities; Deborah Barron, Career Librarian in the Career Center; Karen Cook, Academic and Career Advisor in the Office of Academic Advising; and Fred Weiner, Office of Planning. Very soon after interviews began, Mr. Weiner had to withdraw from the Screening Committee due to scheduling conflicts. No data from Mr. Weiner was included in the evaluations appended to this report.

Responsibilities of the Screening Committee included:

1. Reviewing application materials of each candidate
2. Attending the public presentation made by each candidate
3. Conducting a private, standard 45-minute interview with each candidate using questions of our own creation
4. Collecting and summarizing evaluations of the public presentation received from attendees
5. Evaluating each candidate by placing them into one of three categories: Highly Qualified; Qualified; or Not Qualified.

We reviewed, observed, and interviewed a total of 13 candidates in two waves: five candidates in November 2003 and the other eight candidates in April-May 2004.

Evaluations

Our candidate evaluations are summarized in the attached "Summary of Evaluations of Career Center Director Candidates." Four forms of evaluation appear for each candidate.

1. **Qualification.** As you requested, we have identified each candidate as "Highly Qualified," "Qualified," or "Not Qualified. We do this by organizing the names of the candidates into the appropriate areas on the table.
2. **Summary of presentation evaluations.** In the first column next to each candidate's name, we identify the category most chosen by attendees on their evaluations of the candidate's public presentation. Categories ranged



from "Strongly Agree" (most positive) to "Strongly Disagree" (most negative). See summary forms for each candidate for more details.

3. **Acceptability**. Screening Committee members individually identified if each candidate was "Acceptable for Position" or "Not Acceptable for Position." The percentage of committee members selecting the "Acceptable" category is reported in the third column on the summary sheet.
4. **Rank**. The Screening Committee felt that it would like to indicate their overall ranking of the candidates in the "Highly Qualified" and "Qualified" categories. Therefore, we added the fourth column for this purpose. The ranks represent the opinion of the Committee as a whole.

On behalf of the Screening Committee, I would like to thank you for this opportunity to contribute to the future of the Career Center and its services to Gallaudet students. We hope that our work will help you in your selection of the best available candidate.

CC: Edgar Palmer
Deborah Barron
Karen Cook

4-May-04

***Summary of Evaluations of Career Center Director Candidates***

Screening Committee: Terry Coye, Edgar Palmer, Deborah Barron, Karen Cook

| Name | Most Selected Presentation Category | % of Committee Found Candidate Acceptable | Overall Rank by Committee |
|---|---|---|---|
| **Highly Qualified Candidates** | | | |
| Alan Marcus | Strongly Agree | 100% | 1 |
| Steve Koppi | Agree | 100% | 2 |
| William Olubodun | Agree | 100% | 3 |
| **Qualified Candidates** | | | |
| Martin Keller | Agree | 100% | 3 |
| Sharrell McCaskill | Strongly Agree | 50% | 5 |
| Daniel Timlen | Agree | 100% | 6 |
| Lawrence Cohen | Agree | 25% | 7 |
| **Not Qualified Candidates** | | | |
| Michael Cooke | Not Sure | 0% | |
| Paul Singleton | Not Sure | 0% | |
| Dorothy Steele | Disagree | 0% | |
| Catherine McGinnis | Disagree | 0% | |
| Bennett Morrison | Disagree | 0% | |
| James Akridge | Strongly Disagree | 0% | |