IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES C. AKRIDGE** | : |
|     Plaintiff, | : |
| v. | :    Case No.: 1:06-cv-00346-RMU |
| |     Judge: Ricardo M. Urbina |
| **GALLAUDET UNIVERSITY** | : |
|     Defendant. | : |

**DEFENDANT'S STATEMENT REGARDING EFFECT OF DISCOVERY EXTENSION AND PROPOSED CHANGES TO SCHEDULE[1]**

COMES NOW the Defendant Gallaudet University, by and through its counsel, Bonner Kiernan Trebach & Crociata, LLP, and pursuant to the Court's Minute Order of December 10, 2007, respectfully submit this statement as to the effect the discovery extension will have on other deadlines in the case and proposing necessary changes to the schedule:

1. On December 10, 2007, the Court granted Plaintiff's Motion to Extend Discovery, and ordered that the parties are to complete discovery on or before January 21, 2008. The Court further ordered that Defendant's Motion for Summary Judgment filed on August 20, 2007, be held in abeyance.

2. Based on the extended discovery deadline, the parties anticipate conducting additional depositions in this matter. Other written discovery may be supplemented and/or produced prior to the extended deadline. Such additional discovery may be essential to the Court's resolution of Defendant's Motion for Summary Judgment in the instant action.

---

[1] Defendant recognizes that the Court requested a Joint Statement but was unable to coordinate same despite several attempts to contact Plaintiff.

3.   Defendant therefore respectfully requests it be permitted to file a Supplemental Motion for Summary Judgment in order to address any additional discovery taken prior to the extended deadline, on or before February 28, 2008.

4.   In the event Defendant is permitted to file a Supplemental Motion for Summary Judgment, Defendant proposes that Plaintiff's Supplemental Opposition to the Motion for Summary Judgment be filed on or before March 17, 2007, and Defendant's Supplemental Reply Memorandum be filed on or before April 1, 2008.

5.   In the event that no additional discovery is taken prior to the extended discovery deadline of January 31, 2008 and/or that Defendant does not file a Supplemental Motion for Summary Judgment, Defendant requests that a hearing on the Motion for Summary Judgment be scheduled on or before March 19, 2008.

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP

/s/
_____
Christopher E. Hassell, #291641
Heather S. Deane, #471834
1233 20th Street, NW
Suite 800
Washington, DC  20036

184287-1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant's Statement Regarding Effect of Discovery Extension and Proposed Changes to Schedule was served electronically this 21st day of December, 2007 upon:

C. Sukari Hardnett, Esquire
HARDNETT & ASSOCIATES
1010 Wayne Avenue, St. 210
Silver Spring, MD  20910

/s/
_____
Heather S. Deane