LAW OFFICE OF
## C. SUKARI HARDNETT
1111 BONIFANT STREET
SILVER SPRING, MARYLAND 20910
s.hardnett@verizon.net
Telephone (301) 587-7001
Facsimile (301) 587-7002

January 3, 2008

**VIA FACSIMILE & US MAIL:**
Christopher Hassell and Heather S. Deane
BONNER KIERNAN TREBACH & CROCIATA
1233 20TH Street, NW, 8th Floor
Washington, DC 20036

Re:   Akridge v. Gallaudet University
      Case No. 1:06-cv-00346-RMU

Dear Mr. Hassel and Ms. Deane:

    I am writing regarding the above referenced case. First and foremost, I wish to express my disappointment and dissatisfaction with regards to representations that your office made to the court in your filing on December 21, 2007. Specifically, you represented to the Court that you could not file the joint statement as ordered by the court because you allegedly were "unable to coordinate same despite several attempts to contact Plaintiff." This statement is simple not true.

    On December 19, 2007, Ariel Grayson left **one** message with my assistant, Martin Brown, regarding coordinating the filing of the joint statement. Although, we were both out of the office at depositions, Mr. Brown called Ms. Grayson back on our way back from the depositions (within an hour of her message) and informed her that he was returning her call regarding the filing of the joint statement and that we wanted dates to conduct the outstanding depositions and that she was to contact us about same at her convenience. To date, we have not received any return message from Ms. Grayson. You failed to inform the court of these facts in your filing, making it seem as if my office was not responsive to your calls when this simply was not the case. This is untenable.

    I am hereby renewing our request for dates to conduct the depositions of your client's agents and representatives in January 2008. I would appreciate it if you would provide those dates as soon as possible, as this is our second request.

Sincerely yours,

C. Sukari Hardnett, Esq.