| | | |
|---|---|---|
| 1233 20th Street, NW<br>Suite 800<br>Washington, DC 20036<br>Telephone: (202) 712-7000<br>Facsimile: (202) 712-7100<br>bktc@bktc.net<br>www.bktc.net | **BONNER<br>KIERNAN<br>TREBACH &<br>CROCIATA**, LLP | Connecticut<br>Maryland<br>Massachusetts<br>New Jersey<br>New York<br>Pennsylvania<br>Rhode Island<br>Virginia<br>Washington, DC |

January 4, 2008

**VIA FACSIMILE & U.S. MAIL**
C. Sukari Hardnett, Esquire
Hardnett and Associates
1111 Bonifant Street
Silver Spring, Maryland 20910

RE:   James Akridge v. Gallaudet University
U.S. District Court for the District of Columbia
Case Number 1:06cv00346

Dear Ms. Hardnett,

In response to your letter of January 3, 2008 and further to my telephone message today, please identify the Gallaudet University agents and representatives Plaintiff seeks to depose in January 2008 and provide your dates of availability so we may arrange the depositions accordingly.

In addition, please let us know whether you intend to retain private interpreters in the event any of these individuals are hearing impaired and require an Interpreter in American Sign Language at his/her deposition. If you would like to use interpreters from Gallaudet University, that can be arranged and you will be billed for their services directly.

We ask that upon receipt of this letter, you contact us to provide the information requested above. Thank you for your attention to this matter.

Sincerely,

Ariel R. Grayson

cc:   Heather S. Deane, Esq.

184707