LAW OFFICE OF
# C. SUKARI HARDNETT
1111 BONIFANT STREET
SILVER SPRING, MARYLAND 20910
s.hardnett@verizon.net
Telephone (301) 587-7001
Facsimile (301) 587-7002

January 9, 2008

**VIA FACSIMILE & US MAIL:**
Ariel R. Grayson
BONNER KIERNAN TREBACH & CROCIATA
1233 20th Street, NW, 8th Floor
Washington, DC 20036

Re:   **Akridge v. Gallaudet University**
      Case No. 1:06-cv-00346-RMU

Dear Ms. Grayson:

    I am writing in response to your telephone message and correspondence of January 4, 2008, regarding the scheduling of depositions of your client's agents and representatives.

    I wish to depose your client's 30(b)(6) Designee, Edgar Palmer, Jane Fernandes, Stephanie Walden, Stephen Koppel, Eileen Matthews, Lindsey Dunn, Sharell McCaskill, and all members of the Interview Committee. I am available to conduct those depositions on the following dates: January 14-15, 17-18, 21, 24-25, 30, 2008. My client will retain his own interpreter for the individuals that are hearing impaired.

    Please advise on which dates these depositions can take place. I look forward to hearing from you as soon as possible.

Sincerely yours,

C. Sukari Hardnett, Esq.