| | | |
|---|---|---|
| 1233 20th Street, NW<br>Suite 800<br>Washington, DC 20036<br>Telephone: (202) 712-7000<br>Facsimile: (202) 712-7100<br>bktc@bktc.net<br>www.bktc.net | # BONNER KIERNAN TREBACH & CROCIATA, LLP | Connecticut<br>Maryland<br>Massachusetts<br>New Jersey<br>New York<br>Pennsylvania<br>Rhode Island<br>Virginia<br>Washington, DC |

January 14, 2008

**VIA FACSIMILE & U.S. MAIL**
C. Sukari Hardnett, Esquire
Hardnett and Associates
1111 Bonifant Street
Silver Spring, Maryland 20910

      RE:    James Akridge v. Gallaudet University
               U.S. District Court for the District of Columbia
               Case Number 1:06cv00346
               BKTC No.: 0487.0011

Dear Ms. Hardnett,

      We are in receipt of your letter dated January 9, 2008 and are in the process of coordinating the depositions of certain Gallaudet employees Plaintiff has requested to depose in accordance with the dates you provided.

      Please be advised that Defendant objects to Plaintiff's request to depose Stephen Koppi and Lindsey Dunn on the grounds said request is untimely and unduly burdensome. Defendant further objects to Plaintiff's request to depose of Jane Fernandes on the grounds that Ms. Fernandes does not have any relevant information or first-hand knowledge material to this lawsuit. Accordingly, these witnesses will not be made available for deposition absent a court order.

      Finally, Gallaudet objects to making its 30(b)(6) representative available for deposition because Plaintiff has failed to serve proper notice specifying the areas of inquiry with reasonable particularity as required under Rule 30(b)(6), Fed. R. Civ. P.

      Thank you for your attention to these matters.

                                           Sincerely,

                                           Ariel R. Grayson

cc:    Heather S. Deane, Esq.

185386-1