<table>
<tr><td>
1233 20th Street, NW<br>
Suite 800<br>
Washington, DC 20036<br>
Telephone: (202) 712-7000<br>
Facsimile: (202) 712-7100<br>
bktc@bktc.net<br>
www.bktc.net
</td><td>
**BONNER KIERNAN TREBACH & CROCIATA, LLP**

January 23, 2008
</td><td>
Connecticut<br>
Maryland<br>
Massachusetts<br>
New Jersey<br>
New York<br>
Pennsylvania<br>
Rhode Island<br>
Virginia<br>
Washington, DC
</td></tr>
</table>

**VIA FACSIMILE (301) 587-7002 & U.S. MAIL**
C. Sukari Hardnett, Esquire
Hardnett and Associates
1111 Bonifant Street
Silver Spring, Maryland 20910

        RE:    James Akridge v. Gallaudet University
                  U.S. District Court for the District of Columbia
                  Case Number 1:06cv00346

Dear Ms. Hardnett,

    Receipt of your January 22, 2008 letter and Notice of Deposition Pursuant to Rule 30(b)(6) is hereby acknowledged. Pursuant to the dates of availability stated in your letter of January 9, 2008, we have arranged for the following individuals to be available for deposition on **Wednesday, January 30, 2008**:

| | |
|---|---|
| Karen Cooke (interview committee) | Anytime |
| Stephanie Walden | Anytime |
| Sharrell McCaskill | Anytime after 2:00 p.m. |
| Edgar Palmer (interview committee) | Anytime after 3:00 p.m. |

    As you are aware, Mr. Palmer is hearing impaired and will require an Interpreter in American Sign Language at his deposition. We ask that upon receipt of this letter, you contact us to confirm the proposed schedule, and provide the time and location for each deposition.

    Please note that we are still in the process of coordinating depositions for Eileen Matthews, Terry Coye, Deborah Moore, and the 30(b)(6) designee. We are hoping to get most of the remaining depositions scheduled on January 31, 2008, but it is likely that we will have to move into February to complete them. Upon receipt of this letter, please provide your dates of availability for the first two weeks in February so we may arrange these depositions accordingly.

    Finally, please be advised that Defendant continues its objection to making Stephen Koppi, Lindsey Dunn and Jane Fernandes for the reasons stated in our letter of January 14, 2008.

185890-1

C. Sukari Hardnett, Esquire
January 23, 2008
Page 2 of 2

    Thank you for your attention to these matters.

                                              Sincerely,

                                              Ariel R. Grayson

cc:    Heather S. Deane, Esq.

BONNER
KIERNAN
TREBACH &
CROCIATA, LLP

185890-1