LAW OFFICE OF
# C. SUKARI HARDNETT
1111 BONIFANT STREET
SILVER SPRING, MARYLAND 20910
s.hardnett@verizon.net
Telephone (301) 587-7001
Facsimile (301) 587-7002

January 28, 2008

**VIA FACSIMILE & US MAIL:**
Ariel R. Grayson
BONNER KIERNAN TREBACH & CROCIATA
1233 20th Street, NW, 8th Floor
Washington, DC 20036

Re:   Akridge v. Gallaudet University
      Case No. 1:06-cv-00346-RMU

Dear Ms. Grayson:

  I am writing regarding the outstanding depositions. Since you can not make all of the witnesses that you do not object to producing available in January on the dates that I provided, I do not object to your request to conducting those depositions during the month of February. However, during the first two weeks of February, I do not have any available dates as I already have three trials, two hearings and oral arguments in an appeal, all scheduled to take place during the first two weeks of February.

  Accordingly, while I do not object to completing those depositions in February, the first two weeks of February are out of the question, as I simply do not have any dates that I could prepare for and conduct those depositions. Presently, February 18, 20-22, and 28, 2008, are all clear on my calendar. I suggest that we schedule the outstanding depositions on one or more of these dates.

  Since some of the witnesses are hearing impaired, it would make sense to conduct all of the depositions on the same day, including the deposition of Edgar Palmer, whom I would not be able to depose on January 31, 2007, for I already have four other witnesses to depose that day. Moreover, since I will be filing a motion to compel the depositions of the representatives whom you object to making available (if the court grants my motion) we could conduct all of those depositions on one of the dates that I provided, since we should have a ruling on my motion before then, and therefore we would not need to extend the discovery deadline any further.

*January 28, 2008, letter to Ariel Grayson – Page Two (2)*

    Please let me know your position on these matters as soon as possible, for I would like to file a Consent Motion to Extend Discovery Deadline by close of business January 29, 2008.

    Ms. Grayson, be advised that while I prefer to conduct all of the depositions prior to the close of discovery this month, I do not object to conducting those depositions in February, at your request, so long as the court is amenable to extending the deadline. The Court indicated in its prior order extending discovery that any further extensions would have to be as a result of "exceptional circumstances." Therefore, should the court deny our motion to extend discovery, I would have to insist that you make all of the remaining witnesses that you do not object to producing available on January 31, 2008, which is one of the dates that I previously provided.

Sincerely yours,

C. Sukari Hardnett, Esq.