1233 20th Street, NW
Suite 800
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
bktc@bktc.net
www.bktc.net

# BONNER KIERNAN TREBACH & CROCIATA, LLP

Connecticut
Maryland
Massachusetts
New Jersey
New York
Pennsylvania
Rhode Island
Virginia
Washington, DC

January 29, 2008

**VIA FACSIMILE (301) 587-7002 & U.S. MAIL**
C. Sukari Hardnett, Esquire
Hardnett and Associates
1111 Bonifant Street
Silver Spring, Maryland 20910

RE: James Akridge v. Gallaudet University
U.S. District Court for the District of Columbia
Case Number 1:06cv00346

Dear Ms. Hardnett,

Enclosed please find our objections to Plaintiff's 30(b)(6) Notice of Deposition, which will be filed with the Court today. Please note, Ms. McCaskill will be presented to testify as the University's 30(b)(6) designee during her deposition on January 30, 2008 at 2:15 p.m. for the following areas of inquiry: #1, 2, 4, 5, 6, 7, 15, 16, and 24. Based on Defendant's objections enclosed herewith, no 30(b)(6) designee will be produced to address the other areas outlined in Plaintiff's 30(b)(6) Notice of Deposition.

By email from your assistant Mr. Brown on January 28, 2008, I received depositions notices for Mr. Koppi, Ms. McCaskill, and Ms. Walden. To date, I have not received deposition notices for Ms. Cook or Mr. Palmer. As you recall from our earlier correspondence, Ms. Cook is available for deposition on January 30, 2008 at 1:00 p.m. and Mr. Palmer is available for deposition on January 30, 2008 at 3:30 p.m. If you wish to go forward with these depositions, please forward the appropriate notices by the close of business today. If we do not receive your notices by 5:00 p.m. today, I will release these witnesses and assume that you have decided not to move forward with their depositions. I will also oppose any further attempts by Plaintiff to take the depositions of these witnesses as they have clearly been made available within the applicable discovery time period.

Also, enclosed please find some additional documentation that the Defendant may use in defense of the claims brought by Plaintiff. As I am sure you are aware, Mr. Akridge received a 2% merit increase effective October 1, 2008 bringing his annual salary to $81,107.00. Please accept this as a supplemental response to Defendant's previously filed responses to Plaintiff's discovery requests.

Finally, the remaining witnesses you wish to depose, Ms. Matthews, Mr. Coye, and Ms. Moore are available February 8, 2008 for deposition. If you wish to move forward with these depositions please issue the appropriate notices. If I do not receive notices for these witnesses by 5:00 p.m. January 31, 2008, the close of discovery as per the Court's most recent order, I will assume that you do not want to depose these witnesses and release them for the stated date. I will further oppose any other attempts by Plaintiff to take these witnesses depositions.

Thank you for your prompt attention to these matters.

Sincerely,

Heather S. Deane

Enclosure

cc:   Ariel Grayson, Esq. (w/enc)

BONNER
KIERNAN
TREBACH &
CROCIATA, LLP