1233 20th Street, NW
Suite 800
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
bktc@bktc.net
www.bktc.net

# BONNER KIERNAN TREBACH & CROCIATA, LLP

Connecticut
Maryland
Massachusetts
New Jersey
New York
Pennsylvania
Rhode Island
Virginia
Washington, DC

January 29, 2008

**VIA FACSIMILE (301) 587-7002 & U.S. MAIL**
C. Sukari Hardnett, Esquire
Hardnett and Associates
1111 Bonifant Street
Silver Spring, Maryland 20910

      RE: James Akridge v. Gallaudet University
         U.S. District Court for the District of Columbia
         Case Number 1:06cv00346

Dear Ms. Hardnett,

  I am writing with regard to your correspondence sent via facsimile on January 28, 2008 regarding the outstanding depositions in this case. Your prior correspondence did not indicate you were available to conduct the depositions on January 31, thus we did not previously inquire about any of the witness's availability on that date. I have, however, since receipt of your letter, determined that Mr. Coye is available to be deposed at 1:30 p.m. and Ms. Moore is available to be deposed at 2:30 p.m. on January 31, 2008. Ms. Moore is hearing impaired and will require the services of an interpreter for her deposition. As we have been able to make these witnesses available on a date convenient for you and within the appropriate discovery cut off, they will not be made available on any alternative dates. Please issue the appropriate deposition notices if you wish to proceed with these depositions.

  Also, please be advised that the room for the depositions scheduled for tomorrow has been changed to the Lyceum, which is just across the hall from Room 308.

  Thank you for your prompt attention to these matters.

              Sincerely,

              Heather S. Deane

cc: Ariel Grayson, Esq.