1233 20th Street, NW　　**BONNER**　　Connecticut
Suite 800　　　　　　　　　　　　　　　　　　Maryland
Washington, DC 20036　　**KIERNAN**　　Massachusetts
Telephone: (202) 712-7000　　　　　　　　　New Jersey
Facsimile: (202) 712-7100　　**TREBACH &**　　New York
bktc@bktc.net　　　　　　　　　　　　　　　Pennsylvania
www.bktc.net　　　　　**CROCIATA, LLP**　　Rhode Island
　　　　　　　　　　　　　　　　　　　　　　Virginia
　　　　　　　　　　　　　　　　　　　　　　Washington, DC

January 30, 2008

**VIA FACSIMILE (301) 587-7002 & U.S. MAIL**
C. Sukari Hardnett, Esquire
Hardnett and Associates
1111 Bonifant Street
Silver Spring, Maryland 20910

    RE: James Akridge v. Gallaudet University
       U.S. District Court for the District of Columbia
       Case Number 1:06cv00346

Dear Ms. Hardnett,

  We are writing to follow up regarding the outstanding depositions in this case, pursuant to your availability stated in your correspondence of January 28, 2008. Please be advised that Eileen Matthews will be available for deposition at 11:00 a.m. on January 31, 2008. Ms. Matthews is hearing impaired and will require the services of an interpreter for her deposition.

  As we advised yesterday, Terry Coye is available to be deposed at 1:30 p.m. and Deborah Moore is available to be deposed at 2:30 p.m. on January 31, 2008.

  Since we have been able to make these witnesses available on a date convenient for you and within the appropriate discovery cut off, they will not be made available on any alternative dates. **If you wish to go forward with these depositions, you must provide us with the appropriate deposition notices by 3:00 p.m. today.**

  Thank you for your prompt attention to these matters.

              Sincerely,

              *Ariel Grayson*
              Ariel R. Grayson

cc: Heather S. Deane, Esq.