1233 20th Street, NW
Suite 800
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
bktc@bktc.net
www.bktc.net

# BONNER
# KIERNAN
# TREBACH &
# CROCIATA, LLP

Connecticut
Maryland
Massachusetts
New Jersey
New York
Pennsylvania
Rhode Island
Virginia
Washington, DC

January 30, 2008

## VIA EMAIL, FACSIMILE (301) 587-7002 & U.S. MAIL
C. Sukari Hardnett, Esquire
Hardnett and Associates
1111 Bonifant Street
Silver Spring, Maryland 20910
S.HARDNETT@verizon.net

RE:   James Akridge v. Gallaudet University
      U.S. District Court for the District of Columbia
      Case Number 1:06cv00346

Dear Ms. Hardnett,

I am writing regarding the remaining depositions of Ms. Matthews, Mr. Coye, and Ms. Moore. In your correspondence of January 28, 2008, faxed to my office at 10:08 p.m., you state, "I would have to insist that you make all of the remaining witnesses that you do not object to producing available on January 31, 2008." In response to your correspondence, we accommodated your request and arranged for Ms. Matthews, Mr. Coye, and Ms. Moore to be available for deposition on January 31, 2008. Their availability was conveyed to you by correspondence on January 29, 2008 (Mr. Coye and Ms. Moore) and the morning of January 30, 2008 (Ms. Matthews).

Based on your representation at today's depositions and your failure to issue the appropriate notices for the deponents, I understand you do not wish to go forward with the depositions of Ms. Matthews, Mr. Coye, and Ms. Moore as scheduled. As such, I have contacted these witnesses and informed them as such.

Please be advised that Gallaudet opposes any further extensions to discovery in this matter. In accordance with the Court's Order, we have made all of the relevant witnesses available within the discovery time period and have done so in conformity with your stated schedule and preferred dates.

Case 1:06-cv-00546-RMU    Document 32-12    Filed 01/31/2008    Page 2 of 2

C. Sukari Hardnett, Esquire
January 30, 2008
Page 2 of 2

Thank you for your prompt attention to these matters.

Sincerely,

Heather S. Deane

cc:     Ariel Grayson, Esq.

ONNER
IERNAN
REBACH &
ROCIATA LLP

186291-1