IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES AKRIDGE** )  )  Plaintiff,       )  )  v.                      )  )  **GALLAUDET UNIVERSITY**  )  )  Defendants.    ) | Civil Action No. 1:06-cv-00346-RMU-AK |

**ORDER**

Having fully considered Plaintiff's Motion for Extension of the Discovery Deadline, Defendant's opposition thereto, and good cause having been shown it is hereby this _____ day of _____, 2008,

ORDERED That Plaintiff's Motion for Extension of the Discovery Deadline is GRANTED.

_____
RICARDO M. URBINA
United States District Court Judge