IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES AKRIDGE** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**GALLAUDET UNIVERSITY** )<br>)<br>Defendant. )<br>) | CASE NO. <u>1:06-CV-00346</u> |

### NOTICE OF ENTRY OF APPEARANCE

WOULD THE CLERK OF THE COURT please enter the appearance of Clarence A. Connelly, Jr. on behalf of Plaintiff JAMES AKRIDGE in this action.

                                        Respectfully submitted,
                                        JAMES AKRIDGE


                                        By: <u>/s/ Clarence A. Connelly, Jr.</u>
                                                Counsel

Clarence A. Connelly Jr. (Bar No. 457100)
Law Offices of Clarence A. Connelly
1200 G Street, NW, Suite 800
Washington, DC 20005
Tel:  (202) 434-4517
Fax: (202) 434-8707